**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6676**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEWAYNE CORNELIUS MELVIN, a/k/a Baby Boy,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-cr-00164-D-1)

Submitted:  December 22, 2020                    Decided:  December 29, 2020

Before NIEMEYER, FLOYD, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dewayne Cornelius Melvin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Cornelius Melvin appeals the district court's order denying relief on his motion seeking a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222. We have reviewed the record and find that the court did not abuse its discretion in declining to reduce Melvin's sentence. Accordingly, we affirm for the reasons stated by the district court. *United States v. Melvin*, No. 5:08-cr-00164-D-1 (E.D.N.C. May 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*